# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143934-39(174)

PATRICK MCCARTHY,
          Plaintiff-Appellant,

v

EDWARD SOSNICK, WENDY L. POTTS, KEVIN M OEFFNER, RICHARD M LYNCH, JEANNE STEMPIEN, KATHLEEN J. MCCANN, THOMAS J RYAN, BARRY M GRANT, MICHAEL J TALBOT, DIANE M GARRISON, NANCY J DIEHL, RONALD F ROSE, NANCY J GRANT, GOVERNOR OF MICHIGAN, ATTORNEY GENERAL, and OAKLAND COUNTY CIRCUIT COURT,
          Defendants-Appellees.

_____

SC: 143934-39
COA: 293482 et al
Oakland CC: 2008-089426-NO

On order of the Court, on its own motion, the Court finds that the repeated motions by Mr. McCarthy seeking disqualification of members of the Court on substantially identical grounds constitute frivolous and vexatious pleadings, the motion for disqualification filed October 19, 2011 is stricken and will not be subject to further consideration. MCR 2.114(E).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2011

_____
Clerk